**Order filed March 24, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00192-CV
_____

**ELAINE T. MARSHALL, INDIVIDUALLY, ELAINE T. MARSHALL AS INDEPENDENT EXECUTOR OF THE ESTATE OF E. PIERCE MARSHALL, DECEASED, ET AL, Appellants**

**V.**

**PRESTON MARSHALL, Appellee**

**On Appeal from the Probate Court No. 4
Harris County, Texas
Trial Court Cause No. 365,053-403**

# O R D E R

The clerk's record was filed March 13, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. _See_ Tex. R. App. P. 34.5(c). The record does not contain the order signed February 14, 2020 granting appellee's Motion for Reconsideration.

The Harris County Clerk is directed to file a supplemental clerk's record on or before **April 23, 2020**, containing the order signed February 14, 2020.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.